BENJAMIN W. DAVIS and Another, Respondents, v. PRESTON A. GAYLORD and Another, Appellants.—Appeal dismissed unless appellants shall file and serve the printed papers and printed briefs on appeal by December twentieth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FLOYD TAGG, Respondent, v. CITY OF LOCKPORT, Appellant.—Appeal dismissed unless appellant shall file and serve printed briefs by November thirteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOSEPH TAGG, an Infant, etc., Respondent, v. CITY OF LOCKPORT, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by November thirteenth. Present — Sears. P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LEON E. ANDREWS, Respondent, v. I. NICK GORDON, Appellant.— Motion granted to substitute Grace A. Andrews, as executrix of the will of Leon E. Andrews, deceased, as plaintiff and respondent in the place and stead of Leon E. Andrews, deceased. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ANNA TURRI, Respondent, v. CHARLES BIRD, Appellant.— Motion granted and appeal dismissed. This is an equity action. Costs are not granted because not asked for in the moving papers. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GEORGE L. REED, as Administrator, etc., of EDSON MERWIN REED, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.—Appeal dismissed unless ready for argument on November eighteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JAMES W. FIELDING, an Infant, etc., Respondent, v. DENNIS P. O'DOWD, Appellant.— Motion granted extending appellant's time to file and serve printed papers and briefs to December tenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

DOMINICK D. MARTINO, an Infant, etc., and Another, Respondents, v. PIUS KERNER, Doing Business under the Firm Name and Style of KERNER MOTOR TRUCK COMPANY, Appellant.—Appeal dismissed unless ready for argument on November eighteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM W. SHOE-MAKER, Appellant.—Application of Dairymen's League Co-operative Association, Incorporated, for leave to file brief as amicus curiæ, granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SAVERIO A. DEYOANNA, Appellant, v. GOLD SEAL PRODUCTS COMPANY, INCORPORATED, Respondent.— Motion for leave to include in printed papers on appeal a copy of order made June 25, 1929, by Justice MAY, denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JESSIE M. O'NEILL, Respondent, v. PHILIP J. O'NEILL, Appellant.—Appeal dismissed unless ready for argument at the opening of the January term. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTINE E. HUSTON and Another, Appellants.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.